1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH D. JOHNSON,

11              Petitioner,              No. CIV S-06-0676 LKK PAN P

12        vs.

13   JAMES YATES, Warden, et al.,

14              Respondents          FINDINGS & RECOMMENDATIONS

15   _____/

16              Petitioner is a state prisoner proceeding pro se.  Petitioner's application was filed

17   with the court on March 6, 2006.  The court's own records reveal that on February 28, 2006,

18   plaintiff filed a petition containing virtually identical habeas claims contesting the same

19   conviction imposed in Sacramento County, California.  (No. Civ. S-05-0554 MCE PAN P).[1]

20   Due to the duplicative nature of the present action, the court will recommend that the application

21   be dismissed.

22              In accordance with the above, IT IS HEREBY RECOMMENDED that this action

23   be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

24              These findings and recommendations are submitted to the District Judge assigned

25   _____

26        [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

                                         1

1  to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being

2  served with these findings and recommendations, plaintiff may file written objections with the

3  court.  The document should be captioned "Objections to Magistrate Judge's Findings and

4  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

5  may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

6  Cir. 1991).

7  DATED:  June 15, 2006.

8

9

UNITED STATES MAGISTRATE JUDGE

10

11  /001; john0676.23

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26